■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON STREET, Appellant. [901 NYS2d 536]—Appeal by the defendant from an order of the Supreme Court, Queens County (Aloise, J.), dated July 9, 2009, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

There was clear and convincing evidence to support the Supreme Court's determination to designate the defendant a level three sex offender (*see People v Fisher*, 36 AD3d 880 [2007]; *People v Guaman*, 8 AD3d 545 [2004]; *see also People v Mingo*,

12 NY3d 563, 571 [2009]). There is no merit to the defendant's contention that the Supreme Court erred in assessing him 15 points under risk factor 11 ("Drug or Alcohol Abuse") (*see People v Murphy*, 68 AD3d 832 [2009]; *People v Banks*, 48 AD3d 656 [2008]). Rivera, J.P., Florio, Angiolillo and Austin, JJ., concur.